No. 04–5697. CARMICKEL v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–5698. SIMON v. FEDERAL PRISON INDUSTRIES ET AL. C. A. 1st Cir. Certiorari denied.

No. 04–5704. TURNS v. UNITED STATES;
No. 04–5739. CROCKETT v. UNITED STATES; and
No. 04–5890. BEVERLY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–5711. LUMPKIN v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–5718. MALONEY ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 04–5725. ROCHESTER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–5727. BALDERAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–5731. WILLIAMS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–5733. TENNEY v. ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 04–5737. GORGONE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–5746. BURNS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–5754. DELGADO v. DEPARTMENT OF JUSTICE, BUREAU OF PRISONS. C. A. 5th Cir. Certiorari denied.

No. 04–5761. LOMELI GONZALEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.